IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY ISAAC | § | |
| Petitioner, | § § § | |
| VS. | § § | NO. 3-07-CV-0796-D |
| NATHANIEL QUARTERMAN, Director Texas Department of Criminal Justice, Correctional Institutions Division | § § § § | |
| Respondent. | § § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, the findings and recommendation of the United States Magistrate Judge, and petitioner's June 22, 2007 objections, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of the court.

**SO ORDERED**.

June 28, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE